THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ANGELA MORGAN, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) Case No. 6:17-cv-01972-CEM-GJK ) |
| v. | ) ) |
| ORLANDO HEALTH, INC., G&G ORGANIZATION, LTD. d/b/a PFS GROUP, and RMB, INC., | ) ) ) ) |
| Defendants. | ) |

MOTION FOR CLASS CERTIFICATION

## PLACEHOLDER FOR EXHIBIT 10 TO BE FILED UNDER SEAL

Keith J. Keogh (FBN 126335)
Theodore Kuyper (*pro hac vice*)
KEOGH LAW, LTD.
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
(312) 726-1092
(312) 726-1093 (fax)
keith@keoghlaw.com
tkuyper@keoghlaw.com
*Attorneys for Plaintiff*