# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| ANGELA MORGAN, | CASE NO. 6:17-cv-01972-CEM-GJK |
| Plaintiff, | |
| v. | |
| ORLANDO HEALTH, INC., G&G ORGANIZATION, LTD. d/b/a PFS GROUP and RMB, INC., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that this entire action has been settled. The parties to the settlement anticipate that they will complete the settlement and file a stipulation of dismissal with prejudice within 45 days from the date of this notice.

In light of the settlement, the Parties respectfully request that the Court vacate the trial and all pending matters in this case.

{00171552;1}

Dated: June 20, 2022  **KEOGH LAW, LTD**

*s/Keith J. Keogh*
Keith J. Keogh
*Attorney for Plaintiff*
*ANGELA MORGAN*

Dated: June 20, 2022  **CARLSON & MESSER LLP**

*s/David J. Kaminski*
David J. Kaminski
Stephen A. Watkins
*Attorneys for Defendant*
*ORLANDO HEALTH, INC.*

Dated: June 20, 2022  **LEWIS, BRISBOIS, BISGAARD & SMITH, LLP**

*s/Stephen H. Turner*
Stephen H. Turner
*Attorney for Defendant*
*RMB, INC.*

Dated: June 20, 2022  **MOSS & BARNETT, PA**

*s/John P. Boyle*
John P. Boyle
*Attorney for Defendant*
*G&G ORGANIZATION, LTD*
*DOING BUSINESS AS*
*PFS GROUP*