UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANGELA MORGAN,**

    **Plaintiff,**

v.                                                            Case No. 6:17-cv-1972-CEM-GJK

**ORLANDO HEALTH, INC., G&G
ORGANIZATION, LTD, and
RMB, INC.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Notice of Settlement (Doc. 286), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The trial set for July 18, 2022 is **CANCELLED**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 5, 2022.



Copies furnished to:

Counsel of Record